

Verdict for plaintiff,

## Case No. 7,383.

### JOHNSON v. The ELIZA.

District Court, D. Massachusetts. Nov. Term, 1807.

## Case No. 7,384.

### JOHNSON et al. v. FLUSHING & N. S. R. CO.

[15 Blatchf. 192; 3 Ban. & A. 428.] [1]

Circuit Court, E. D. New York. Aug. 27, 1878. [2]

Frederic H. Betts, for plaintiffs.

Hinsdale & Sprague, for defendants.

BENEDICT, District Judge. This action is brought to restrain the Flushing and North Side Railroad Company from using a certain fastening for their railroad rails, commonly known as the "fish-plate joint," upon the ground that the plaintiffs have the exclusive right to the use of such fastening, by virtue of a patent for an "improvement in fastening sheet metal to roofs," re-

[1] [Reported by Hon. Samuel Blatchford, Circuit Judge; reprinted in 3 Ban. & A. 428, and here republished by permission.]

[2] [Affirmed in 105 U. S. 539.]

issued to Asa Johnson and Thomas S. Sandford April 16th, 1872, and marked reissue No. 4,870. [3] The fastening complained of consists of two plates fastened one on each side of the two rails to be connected together, and bolted by means of bolts passing through the rails and through slots in the plates. The two rails are thus securely fastened together, all change of their relative position, except in the single direction of the slots in which the bolts can slide, being prevented. while, thus, the expansion and contraction of the rails in that direction is accommodated.

In order to a proper understanding of the question to be discussed, it is necessary to call attention to the language of the reissued patent, upon which the plaintiffs' rights depend. In the title of the patent, the invention is designated as "an improvement in fastening sheet metal to roofs." In the specification. the invention is called, sometimes, "an adjustable fastening," and. sometimes, "an adjustable fastener." The only description of the invention given is in connection with its use in fastening metallic roofs to buildings, but it is stated that the fastener may be used wherever it is necessary to allow for the contraction or expansion of materials to be fastened together. The specification states, that the "principle of my invention consists in connecting the metal to be fastened with a bolt or pin arranged to slide in slotted bearings in the direction of expansion or contraction, said adjustable bolt and its bearings being combined with materials to be fastened." In connection with the description, drawings are referred to, in which, as the specification says, are indicated the screws for attaching the metallic roof to the stud—the stud—the adjusting bolt or pin, to which the metallic roof is connected by the stud and screw, said bolt passing through the stud and through the slots of the side plates or flanges—the side plates or flanges, provided with slots. which form the bearings of the adjusting bolts—the bottom plate. used as a convenient means of attaching the side plates to the wooden sheathing of the building—an india rubber cord, which may be used in applying the adjustable fastener to buildings—the screws for attaching the bottom plate. and. with it, the side plates, to the sheathing—the sheathing, greatly enlarged in thickness in proportion, to illustrate the details of the connection of the adjustable fastener to buildings— the metallic roofing. The specification. after explaining the method of using the invention, in attaching metallic roofing to buildings, goes on to say: "Both the wooden sheathing and the metallic roof are thus connected to the self-adjusting mechanism, consisting of the slotted side plates and

[3] [The original patent. No. 17,331, was granted to plaintiffs, May 19, 1857.]